**Humberto ALARCON, Relator,**

v.

**COCA–COLA ENTERPRISES, Self–Insured, adm'd by National Loss Control Services, Respondent,**

**and**

**Capitol Orthopedics, Ingenix/UCare Minnesota, and Minnesota Department of Employment and Economic Development, Intervenors.**

**No. A05–783.**

Supreme Court of Minnesota.

July 19, 2005.

## ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed March 23, 2005, be, and the same is, affirmed without opinion. *See Hoff v. Kempton,* 317 N.W.2d 361, 366 (Minn.1982) (summary dispositions have no

precedential value because they do not commit the court to any particular point of view, doing no more than establishing the law of the case).

BY THE COURT:

/s/Paul H. Anderson
Associate Justice